UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLIED CASH ADVANCE CALIFORNIA<br>LLC, et al.,<br><br>            Defendants. | Case No.  14-cv-03334-VC<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 16 |

United States District Court
Northern District of California

Plaintiff Stefanie Smith and Defendant Allied Cash Advance have stipulated to participate in arbitration at JAMS, as called for by the Arbitration Provision in the Consumer Loan Installment Agreement between Smith and Allied Cash Advance. Therefore, the case is dismissed without prejudice.

Because the case is dismissed, the stipulated request to stay the case pending arbitration is denied.

Dated: August 25, 2014

_____
VINCE CHHABRIA
United States District Judge